**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff,*<br>**v.**<br>**JAYCEE PAIGE DOTY,**<br>*Defendant.* | **Case No. 26-CR-117-RAW** |

# INFORMATION

The United States Attorney charges:

## COUNT ONE

**ROBBERY IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2111, 2, 1151, & 1153]**

On or about July 16, 2024, within the Eastern District of Oklahoma, in Indian country the defendant, **JAYCEE PAIGE DOTY**, an Indian, by force and violence, and by intimidation, did take and attempt to take from the person and presence of R.B., anything of value, in violation of Title 18, United States Code, Sections 2111, 2, 1151, and 1153.

CHRISTOPHER J. WILSON
United States Attorney

RYAN CONWAY, NY Reg. #5428149
Assistant United States Attorney